## AVANT v. AUSTIN, Banking Com'r, et al. (No. 14383.)

(Supreme Court of Texas. Jan. 6, 1926.)

Banks and banking ⟨⟩15—Certificate of deposit outstanding after it ceased to bear interest held not noninterest-bearing deposit.

A certificate of deposit, which in its inception was interest bearing, *held* not a noninterest-bearing deposit even after ceasing to bear interest by expiration of time.

Suit by Lela Avant against Chas. O. Austin, Banking Commissioner of Texas, and others. A judgment for plaintiff was reversed and rendered in part, and in part affirmed, by the Court of Civil Appeals (277 S. W. 409). On application by plaintiff for writ of error. Application refused.

H. G. Russell and J. E. Starley, both of Pecos, for applicant.

PER CURIAM. The deposit in this case in its inception was an interest-bearing deposit, and while by the expiration of time it may have ceased to bear interest for such additional time as the money was left in the bank, yet the interest agreed upon for the specified time was compensation for such time as the money was left in the bank under the contract. The character of the contract was never changed. The certificate was not subsequent to the time it ceased to bear interest presented to the bank and a new deposit contract created. It is clear therefore that the deposit was not a noninterest-bearing deposit. The writ of error is accordingly refused.